# EXHIBIT A

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**                                                                 **Back to Search**                    **Print**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-11-10 19:01:35 EST |
| **Mark:** | FANCY FOREST |

FANCY FOREST

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98224250 | **Application Filing Date:** | Oct. 14, 2023 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (minimum filing requirements) and has not yet been assigned |
| **Status:** | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** | | |
| **Status Date:** | Oct. 23, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | FANCY FOREST |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Translation:** | The wording FANCY FOREST has no meaning in a foreign language. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Canvas travel bags; Coin pouches; Handbags, purses and wallets; Overnight bags; School book bags; Sling Tote bags | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 041, 001, 022, 003, 00 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 20, 2023 | **Use in Commerce:** | Sep. 20, 2023 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Guangzhou Xiaolingwan Trading Co., Ltd. |
| **Owner Address:** | Nansha District, X1301-I1955, No.106 Fengze East Road Guangzhou CHINA 511457 |
| **Legal Entity Type:** | limited company (ltd.) |
| **State or Country Where Organized:** | CHINA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Leslie Serrano | | |
| **Attorney Primary Email Address:** | U1896-J97897@vp.flatfee.ai | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Leslie Serrano 440 N. Barranca Ave. #3159 Covina, CALIFORNIA UNITED STATES 91723 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | U1896-J97897@vp.flatfee.ai trademarks@docket.flatfeecorp.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 14, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Oct. 23, 2023 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load