**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                                    Back to Search                        Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-11-10 14:13:18 EST |
| Mark: | THE TOTE BAG |



| | |
|---|---|
| US Serial Number: | 98066565 |
| Application Filing Date: | Jun. 30, 2023 |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: | LIVE/APPLICATION/Awaiting Examination |
| | The trademark application has been accepted by the Office (minimum filing requirements) and has not yet been assigned |
| Status: | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** |
| Status Date: | Aug. 01, 2023 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | THE TOTE BAG |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of a miscellaneous design with the words "THE TOTE BAG" in a stylized font centered w |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 19.01.25 - Tote bags; Saddle bags; Medical bags; Hat boxes; Bags, bowling; Cosmetic cases; Bowling bags camera; Doctor's bags |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | wallets; card cases | | |
| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 04 |

| | |
|---|---|
| Class Status: | ACTIVE |
| Basis: | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Marc Jacobs Trademarks, L.L.C. |
| Owner Address: | 72 Spring Street, 2nd Floor<br>New York, NEW YORK UNITED STATES 10012 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Scott J. Slavick | Docket Number: | MJIX-1040 |
| Attorney Primary Email Address: | trademarks@bfkn.com | Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | SCOTT J. SLAVICK<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 WEST MADISON STREET, SUITE 3900<br>CHICAGO, ILLINOIS UNITED STATES 60606 |

| | | | |
|---|---|---|---|
| Phone: | 312-984-3100 | Fax: | 312-984-3150 |
| Correspondent e-mail: | trademarks@bfkn.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 02, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 01, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 04, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** Aug. 01, 2023 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load