**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                                                       Back to Search                    Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2023-11-10 14:14:18 EST | | |
| Mark: | THE TOTE BAG | | |

# THE TOTE BAG

| | | | |
|---|---|---|---|
| US Serial Number: | 98066640 | Application Filing Date: | Jun. 30, 2023 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Awaiting Examination | |
| | | The trademark application has been accepted by the Office (minimum filing requirements) and has not yet been assigned | |
| Status: | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** | | |
| Status Date: | Aug. 02, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | THE TOTE BAG |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | wallets; card cases | | |
| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 04 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Marc Jacobs Trademarks, L.L.C. |
| **Owner Address:** | 72 Spring Street, 2nd Floor<br>New York, NEW YORK UNITED STATES 10012 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Scott J. Slavick | **Docket Number:** | MJIX-1048 |
| **Attorney Primary Email Address:** | trademarks@bfkn.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | SCOTT J. SLAVICK<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 WEST MADISON STREET, SUITE 3900<br>CHICAGO, ILLINOIS UNITED STATES 60606 |

| | | | |
|---|---|---|---|
| **Phone:** | 312-984-3100 | **Fax:** | 312-984-3150 |
| **Correspondent e-mail:** | trademarks@bfkn.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 01, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 04, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 02, 2023 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load