







Not Full    Fade

Improper printing















**BACK**





**FRONT**

**BOTTOM**

**LEFT/RIGHT**









Not Full          Fade

Improper printing







Large size

5"

10.24"

11.04inch

12.9inch

8.46inch

12.6"

5.9"

30" - 53.5"

1.96"

INCLUDE :

THE TOTE BAG

+



Daily Carry：

iPhone 12 ✔
ipad ✔
Glasses ✔
Wallet ✔
Tissue ✔
Capsule umbrella ✔
Lipstick ✔
Air cushion BB ✔

① Zipper Pocket   ② ③ Open Pocket



BACK

FRONT

BOTTOM

LEFT/RIGHT





**Details Determine Quality**
Give yourself something better


Adjustable shoulder strap


Thick anti rust metal pull head

**THE TOTE BAG**

TOTE BAG

Smooth leather Piping



